# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
### PENSACOLA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br><br>THOMAS A. PETERSON | **JUDGMENT IN A CRIMINAL CASE**<br>(For a Petty Offense)-- Short Form<br>CASE NUMBER: 3:07mj36/MD<br><br>Barry Beroset, Esq.<br>Defendant's Attorney |

☐ **THE DEFENDANT** pled guilty to count(s) One of the Information.

| **Title & Section** | **Nature of Offense** | **Date Concluded** | **Count Number(s)** |
|---|---|---|---|
| 18 U.S.C. §1382 | Enter Naval Air Station Pensacola for an unlawful purpose | 11/11/06 | One |

## CRIMINAL MONETARY PENALTIES

All criminal monetary penalty payments are to be made as directed by the court, the probation officer, or the United States attorney. (The fine/SMA has been paid.)

| **Assessment** | **Fine** | **Restitution** |
|---|---|---|
| $ 10.00 | $ 350.00 | $ 0.00 |

Date of Imposition of Sentence - 1/17/07

Miles Davis
UNITED STATES MAGISTRATE JUDGE

Date: 1-18-2006

07 JAN 18 AM 11: 16

FILED